1  Michael K. Brown (State Bar No. 104252)
   Thomas J. Yoo (State Bar No. 175118)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071
   Telephone:    (213) 457-8000
4  Facsimile:    (213) 457-8080

5  Steven J. Boranian (State Bar No. 174183)
   R. Euna Kim (State Bar No. 222141)
6  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
7  San Francisco, CA  94111
   Telephone:    (415) 543.8700
8  Facsimile:    (415) 391.8269

9  Attorneys for Defendant Merck & Co., Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MADFES and SHARON DAWN MADFES; <br><br> Plaintiffs, <br><br> vs. <br><br> MERCK & CO., INC.; and DOES 1 To 10, <br><br> Defendants. | No.  3:05-cv-03656-MHP <br><br> **STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*, MDL NO. 1657** |

The parties, by and through their counsel, stipulate to and respectfully request a stay of all proceedings in this action pending the transfer of this case to *In re VIOXX Products Liability Litigation*, MDL No. 1657.

Plaintiffs allege personal injuries and loss of consortium attributed to the prescription drug VIOXX®. Defendant Merck & Co., Inc. ("Merck") manufactured and distributed VIOXX®, but voluntarily withdrew VIOXX® from the market on September 30, 2004.

On February 16, 2005, the Judicial Panel on Multidistrict Litigation ("JPML") issued an order transferring 148 VIOXX®-related cases to the United States District Court for the Eastern District of Louisiana for coordinated pretrial proceedings under 28 U.S.C. § 1407. Merck intends to seek the transfer of this action to that Multidistrict Litigation, *In re VIOXX Products Liability Litigation*, MDL No. 1657, and will provide the JPML with notice of this action pursuant to the procedure for "tag along" actions set forth in the rules of the JPML. A stay will potentially conserve judicial resources and will not cause unfair prejudice to the parties. *See Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997) (stay pending MDL transfer decision action would further judicial economy because "any efforts on behalf of this Court concerning case management will most likely have to be replicated by the judge that is assigned to handle the consolidated litigation").

Based on the foregoing, the parties respectfully request that the Court stay this action pending its transfer to MDL No. 1657.

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO IN RE VIOXX PRODUCTS LIABILITY LITIGATION, MDL NO. 1657

DATED: October 25, 2005.

REED SMITH LLP

By /s/ Euna Kim
R. Euna Kim
Attorneys for Defendant
Merck & Co., Inc.

DATED: October __, 2005.

LIEF CABRASER HEIMANN & BERNSTEIN LLP

By_____
Joy A. Kruse
Attorneys for Plaintiffs

### ORDER

Having considered the foregoing stipulation and good cause appearing therefore, IT IS SO ORDERED.

DATED:

_____
Judge Marilyn H. Patel
United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO IN RE VIOXX PRODUCTS LIABILITY LITIGATION, MDL NO. 1657

1  DATED: October ___, 2005.

2  REED SMITH LLP

3

4  By_____
   R. Euna Kim
5  Attorneys for Defendant
   Merck & Co., Inc.

6

7  DATED: October 24, 2005.

8  LIEF CABRASER HEIMANN & BERNSTEIN LLP

9

10 By_____
   Joy A. Kruse
11 Attorneys for Plaintiffs

12

13 **ORDER**

14

15 Having considered the foregoing stipulation and good cause appearing therefore, IT IS SO
16 ORDERED.

17

18  DATED:

19

20  _____
21  United States District Judge